# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| S.M., | : |
|    Plaintiff, | : |
| v. | : |
| | :   Case No.: 7:20-CV-139 (WLS-TQL) |
| COMMISSIONER OF SOCIAL SECURITY, | : |
|    Respondent. | : |

## ORDER

On August 9, 2022, the United States Court of Appeals for the Eleventh Circuit issued a Mandate instructing this Court to enter judgement and remand the matter to the Commissioner of Social Security for the purpose of conducting further proceedings as provided for by sentence four of 42 U.S.C. § 405(g). (Doc. 31.) The reason that this matter was remanded is that the Commissioner of Social Security filed an Unopposed Motion to Remand. (*Id.*)

Accordingly, this matter is **REMANDED** to the Commissioner of Social Security for further proceedings.

**SO ORDERED**, this 11th day of August 2022.

                                        /s/ W. Louis Sands
                                        **W. LOUIS SANDS, SR. JUDGE**
                                        **UNITED STATES DISTRICT COURT**