IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

SANTO MCCLAIN,                              *

        Plaintiff,                          *

v.                                                    Case No. 7:20-CV-139 (WLS-TQL)

                                                  *

COMMISSIONER OF SOCIAL SECURITY,

                                                  *

        Defendant.

                                                  *

## **J U D G M E N T**

Pursuant to this Court's Order dated April 10, 2023, and for the reasons stated therein, Judgment is hereby entered awarding Plaintiff attorney's fees in the amount of $17,199.81.

JUDGMENT is hereby entered in favor of Plaintiff.

This 11th day of April, 2023.

                                              David W. Bunt, Clerk

                                              s/ Kathleen S. Logsdon, Deputy Clerk